1  Joel E. Tasca
   Nevada Bar No. 14124
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: 702.471.7000
5  Facsimile: 702.471.7070
   tasca@ballardspahr.com
6  demareel@ballardspahr.com

7  *Attorneys for Defendant*
   *Discover Bank*

8

9

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF NEVADA**

12  MAXINE VALORA MATHES,              CASE NO. 2:19-cv-00676-GMN-PAL

13          Plaintiff,

14  v.                                 **STIPULATION AND ORDER TO
                                       EXTEND TIME FOR DISCOVER BANK**
15  DISCOVER BANK,                     **TO RESPOND TO PLAINTIFF'S
                                       COMPLAINT**
16          Defendant.

17          Defendant Discover Bank's ("Discover") response to Plaintiff, Maxine Valora

18  Mathes' complaint currently is due May 13, 2019. Plaintiff and Discover stipulate

19  and agree that Discover has up to and including May 27, 2019 to respond to

20  plaintiff's complaint, to provide additional time for Discover to investigate plaintiff's

21  allegations and to discuss a potential early resolution of the claims asserted against

22  Discover. This request is made in good faith and not made for

23

24                      *[Continued on following page.]*

25

26

27

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE SUITE 900
LAS VEGAS, NEVADA 89135
702.471.7000 FAX 702.471.7070

1   purposes of delay.

2   Dated: May 13, 2019

3   BALLARD SPAHR LLP                 HAINES & KRIEGER.

4

5   By: /s/ Lindsay Demaree           By: /s/ David H. Krieger
   Joel E. Tasca                       David H. Krieger

6   Nevada Bar No. 14124            Nevada Bar No. 9086
   Lindsay Demaree                 Rachel Saturn

7   Nevada Bar No. 11949            Nevada Bar No. 8653
   1980 Festival Plaza Drive, Suite 900    8985 S. Eastern Avenue, Suite 130

8   Las Vegas, Nevada 89135        Henderson, Nevada 89123
                                          *Attorneys for Plaintiff*

9   *Attorneys for Defendant*
   *Discover Bank*

10

11                               **<u>ORDER</u>**

12                     IT IS SO ORDERED:

13

14     UNITED STATES DISTRICT/MAGISTRATE JUDGE

15

16     DATED:     May 14, 2019

17

18

19

20

21

22

23

24

25

26

27

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE SUITE 900
LAS VEGAS, NEVADA 89135
702.471.7000 FAX 702.471.7070