Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAXINE VALORA MATHES, | CASE NO. 2:19-cv-00676-GMN-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| DISCOVER BANK, | |
| Defendant. | (Third Request) |

Defendant Discover Bank's ("Discover") response to Plaintiff Maxine Valora Mathes' complaint currently is due June 3, 2019. Plaintiff and Discover stipulate and agree that Discover has up to and including June 17, 2019 to respond to plaintiff's complaint. The parties request this additional time so Discover may continue to investigate plaintiff's allegations and the parties may continue discussing a potential early resolution of the claims asserted against Discover.

*[Continued on following page.]*

This is the third request for an extension, and it is made in good faith and not made for purposes of delay.

Dated: May 27, 2019

| BALLARD SPAHR LLP | HAINES & KRIEGER. |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendant*<br>*Discover Bank* | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>Rachel Saturn<br>Nevada Bar No. 8653<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: June 3, 2019