David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MAXINE VALORA MATHES*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MAXINE VALORA MATHES,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVER BANK,<br><br>    Defendant. | Case No. 2:19-cv-00676-GMN-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

  Plaintiff MAXINE VALORA MATHES and Defendant, DISCOVER BANK, hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

…

…

…

…

…

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: February 14, 2020

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123<br>*Attorney for Plaintiff,*<br>*MAXINE VALORA MATHES* | /s/Lindsay Demaree, Esq.<br>Lindsay Demaree, Esq.<br>Nevada Bar No. 14124<br>BALLARD SPAHR LLP<br>1950 Festival Plaza Drive<br>Suite 900<br>Las Vegas, NV 89135<br>*Attorney for Defendant,*<br>*DISCOVER BANK* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this __14__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT